## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ Complaint  ☐ Information  ☑ Indictment

**DEFENDANT - U.S. vs.**

MICHAEL DAVIS

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Address

Birth Date

☑ Male   ☐ Alien
☐ Female  (if applicable)

Name and Office of Person Furnishing Information on THIS FORM: DONALD J. DeGABRIELLE, JR., USA
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JOHN BRADDOCK, AUSA

Social Security Number

### Proceeding

Name of Complainant Agency, or Person (& Title, if any)

KRISTIN REHLER & Kim Barkhausen/FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### Defendant

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction    } ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ►

Or ... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Ct. 1:      Conspiracy [18 USC § 371].
Cts. 2-14:  Wire Fraud [18 USC §§ 1343 & 2].

**Penalties**

Ct. 1:      Imprisonment for not more than 5 years and/or fine of $250,000. S/R - 3 years. S/A - $100.
Cts. 2-14:  Imprisonment for not more than 30 years and/or fine of $1,000,000 or twice the gross gain or loss. S/R - 5 years. S/A - $100.

NOTICE OF CRIMINAL FORFEITURE