USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

No. 4:07CR188

USAO Number: 2003R00053
Magistrate Number:

CRIMINAL INDICTMENT          Filed 5/10/07          Judge: Atlas

**UNITED STATES of AMERICA**
**vs.**

ATTORNEYS:
DONALD J. DeGABRIELLE, JR., USA          (713) 567-9000

JOHN BRADDOCK, AUSA          (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| KEITH STEVEN RAYBON, (Cts. 1-14) | ☐ | ☐ |
| MICHAEL DAVIS, (Cts. 1-14) | ☐ | ☐ |
| JEANNIE NELSON, (Cts. 1-14) | ☐ | ☐ |
| KANDY POWELL, (Cts. 1-10) | ☐ | ☐ |
| MICHAEL DAVID GRIMES, SR., (Cts. 1-14) | ☐ | ☐ |
| a/k/a Pops | ☐ | ☐ |
| HOLLYS DEVAYNE HEASLEY, (Cts. 1-14) | ☐ | ☐ |
| HOLLY HEASLEY ARBUCKLE, (Cts. 1-14) | ☐ | ☐ |
| a/k/a Holly Heasley | | |
| PATRICIA LENNON, (CTS. 1-14) | | |
| a/k/a Pat Lennon | ☐ | ☐ |
| and | | |
| HEATHER ADAMS (Cts. 1-14) | | |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
Ct. 1:      Conspiracy [18 USC § 371].
Cts. 2-14:  Wire Fraud [18 USC §§ 1343 & 2]

(TOTAL)
(COUNTS:)
( 14 )

**PENALTY:**

Ct. 1:     Imprisonment for not more than 5 years and/or fine of $250,000.  S/R - 3 years.  S/A - $100.
Cts. 2-14: Imprisonment for not more than 30 years and/or fine of $1,000,000 or twice the gross gain or loss.
           S/R - 5 years.  S/A - $100.

   NOTICE OF CRIMINAL FORFEITURE

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

## **PROCEEDINGS:**

_____
_____
_____
_____
_____